ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Nov 7, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH sirtrevorfountain@gmail.com; talk2metel@gmail.com; and webeyewes@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, LLC | CASE NO. 2:23-SW-0116-AC<br><br>ORDER TO FILE REDACTED COPY OF SEARCH WARRANT |

The United States' motion to partially unseal the Affidavit in Support of Search Warrant in the above-referenced case, to file a redacted copy of the sealed Affidavit, and to keep the Motion to File Redacted Copy of Search Warrant sealed is GRANTED. The Clerk of the Court is directed to unseal the above referenced case and seal the original Search Warrant and the United States' Motion to Redact. The Clerk of the Court is further directed to file the redacted Search Warrant and Affidavit on the public docket.

Dated:  November 7, 2025

_____
HON. CAROLYN K. DELANEY
United States Magistrate Judge

[PROPOSED] ORDER TO FILE REDACTED COPY OF
AFFIDAVIT IN SUPPORT OF SEARCH WARRANT